IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW FELL,<br><br>        Plaintiff,<br><br>vs.<br><br>JUDGE KOPH,<br><br>        Defendant. | 8:21CV26<br><br>MEMORANDUM AND ORDER |

    This matter is before me on my own motion. I am named as a defendant in this matter, and I, therefore, must recuse myself pursuant to 28 U.S.C. § 455(b)(5). Accordingly,

    IT IS ORDERED that the clerk's office shall randomly assign a new judge to this case and request a reassignment order from the Chief Judge. The chief pro se staff attorney will assist the judge to whom the case is reassigned if requested to do so.

    Dated this 22nd day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
