IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW FELL,<br><br>            Plaintiff,<br><br>vs.<br><br>JUDGE KOPH,<br><br>           Defendant. | 8:21-CV-26<br><br>MEMORANDUM AND ORDER |

This matter is before the court on correspondence from Plaintiff that has been docketed as a motion for extension. Filing 13. Plaintiff represents that he "paid the filing fee for this complaint in Cedar Rapids, Iowa federal court" and asks the court for an extension to pay the filing fee. Filing 13 at 1. This court's records show that Plaintiff's initial partial filing fee payment of $23.60 was received on February 19, 2021.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for extension (Filing 13) is denied as moot; and

2. Plaintiff is advised that the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 23rd day of February, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge