IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW FELL, | |
| Plaintiff, | **8:21-CV-26** |
| vs. | |
| JUDGE KOPH, | **ORDER** |
| Defendant. | |

On April 23, 2021, the Court received correspondence from Plaintiff Matthew Fell that was forwarded to the Court from the Clerk of the United States District Court for the Northern District of Iowa. Filing 24. Upon review, Plaintiff's correspondence is a duplicate of the supplement he filed on April 14, 2021. Filing 21. The Court considered Plaintiff's supplement and the other materials he filed in conducting its initial review of Plaintiff's Complaint, Filing 3, and entered a Memorandum and Order, Filing 22, and Judgment, Filing 23, dismissing this matter with prejudice on April 22, 2021. Accordingly,

IT IS ORDERED that this matter is closed and the Court will take no action on Plaintiff's correspondence, Filing 24.

Dated this 23rd day of April, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge