IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW FELL,<br><br>       Plaintiff,<br><br>vs.<br><br>JUDGE KOPH,<br><br>       Defendant. | 8:21-CV-26<br><br>**ORDER** |

On May 19, 2021, the court entered an Order directing Plaintiff to either pay the $505.00 appellate filing and docket fees or submit a request to proceed in forma pauperis within 30 days. Filing 29. To date, Plaintiff has not paid the appellate filing and docket fees or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. Plaintiff is not permitted to proceed in forma pauperis on appeal; and

2. The Clerk of the Court is directed to process Plaintiff's appeal to the Eighth Circuit Court of Appeals in accordance with their standard procedures.

Dated this 22nd day of June, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge